JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRANDO ENTERPRISES, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation; ASHLEY HOMESTORES LTD., a Wisconsin corporation d/b/a Ashley Furniture Homestore; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 11-5997 DMG (FFMx)<br><br>**JUDGMENT [26]** |

Based upon (1) the Offer of Judgment made by defendants Ashley Furniture Industries, Inc. and Ashley HomeStores, Ltd. (collectively, "Ashley") to plaintiff Brando Enterprises, L.P. ("Brando") pursuant to Federal Rule of Civil Procedure 68 [Doc. #22] (which was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Ashley is liable in this action or that Brando suffered any damages and shall not be used by any party or any other person or entity in any litigation or proceeding for

1  that purpose); (2) Brando's timely and properly acceptance of the same [Doc. #25];
2  and (3) the parties' Stipulation for Entry of Judgment [Doc. #26], the Court hereby
3  enters Judgment in favor of Brando, and against Ashley, jointly and severally, in the
4  following amounts: damages in the amount of Three Hundred and One Thousand
5  Dollars ($301,000), plus an award of Brando's attorney's fees and costs in the
6  amount of Fifty-Five Thousand Dollars ($55,000), for a total judgment in the
7  amount of Three Hundred Fifty-Six Thousand Dollars ($356,000), plus interest at
8  the applicable federal rate pursuant to 28 U.S.C. § 1961.

10   IT IS SO ORDERED.

12  DATED: February 2, 2012

_____
DOLLY M. GEE
United States District Judge

917701.1
-2-
[PROPOSED] JUDGMENT